UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  ILLINOIS

In re:                                §
                                      §
COMER, EDWARD D                       §         Case No. 08-25782
                                      §
         Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/20/2012 in Courtroom 4016,

                        DuPage County Courthouse
                        505 N. County Farm Rd.
                        Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/11/2012                By: KENNETH S. GARDNER
                                                       Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
COMER, EDWARD D § Case No. 08-25782
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 66,661.78 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of[1] | $ 66,661.78 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 6,583.06 | $ 0.00 | $ 6,583.06 |
| Attorney for Trustee Fees: Cohen & Krol | $ 10,354.75 | $ 0.00 | $ 10,354.75 |
| Other: Cohen & Krol | $ 389.80 | $ 0.00 | $ 389.80 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 17,327.61 |
| Remaining Balance | $ 49,334.17 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,160.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 98.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Davis Acquisitions Corp | $ 3,140.82 | $ 0.00 | $ 3,089.10 |
| 000002 | PYOD LLC its successors and assigns as assignee of | $ 1,059.05 | $ 0.00 | $ 1,041.61 |
| 000003 | Asset Acceptance LLC / Assignee / Citibank | $ 9,587.78 | $ 0.00 | $ 9,429.91 |
| 000005 | Discover Bank/DFS Services LLC | $ 8,828.39 | $ 0.00 | $ 8,683.02 |
| 000006 | eCAST Settlement Corporation assignee of | $ 505.03 | $ 0.00 | $ 496.71 |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 14,629.73 | $ 0.00 | $ 14,388.84 |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 7,164.91 | $ 0.00 | $ 7,046.93 |
| 000010 | Richard J Nakon & Associates | $ 5,244.40 | $ 0.00 | $ 5,158.05 |

Total to be paid to timely general unsecured creditors   $ 49,334.17

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                              Case No. 08-25782-DRC
Edward D Comer                                                      Chapter 7
         Debtor                  CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers              Page 1 of 3                Date Rcvd: Jun 12, 2012
                              Form ID: pdf006           Total Noticed: 75


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2012.
db           +Edward D Comer,    2135 Gamble Hollow Road,    Cumberland Furnace, TN 37051-4901
12650089     +ADT Security Services,    PO Box 371967,    Pittsburgh, PA 15250-7967
12650095      AT&T,    PO Box 8212,   Aurora, IL 60572-8212
12650088      Academy Collection Service,     10965 Decatur Rd.,    Philadelphia, PA 19154-3210
12650090     +Advocate Good Samaritan Hospital,     3815 Highland Ave.,    Downers Grove, IL 60515-1590
12650091     +Allied Interstate,    3000 Corporate Excahnge Dr.,    5th Floor,   Columbus, OH 43231-7723
12650092      Apelles,    PO Box 1197,   Westerville, OH 43086-1197
12650094      Associated Recovery Systems,     PO Box 469046,   Escondido, CA 92046-9046
12650096     +Axiom Mortgage,    531 Davis St,   Evanston, IL 60201-4619
12650099      BP,    Cardmember Services,    PO BOX 15325,   Wilmington, DE 19886-5325
12650097     +Bank of America,    Attn: Bankruptcy NC4-105-02-99,    Po Box 26012,    Greensboro, NC 27420-6012
12650098     +Best Buy,    PO Box 1802,   Dayton, OH 45401-1802
12650113      CST Co.,    CST BLDG,   PO Box 33127,    Louisville, KY 40232-3127
13838995     +Capital Portfolio I LLC,     166 W Washington St Suite 300,    Chicago, IL 60602-2390
12650101     +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
12650102     +Citibank,    Attention: Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
12650103      Citibank SD- Home Depot,    PO Box 103072,    Roswell, GA 30076
12650104     +City Collectors Office,    2100 Ridge Ave,    Evanston, IL 60201-2716
12650105     +City of Evanston,    property standards,    2100 Ridge Road,    Evanston, IL 60201-2716
12650106      City of Evanston,    Water Department,    PO BOX 4007,   Carol Stream, IL 60197-4007
12650108     +Comcast,    PO Box 3002,   Southeastern, PA 19398-3002
12650110     +Cook County Collector,    118 N. Clark Street, Room 112,    Legal Dept.,    Chicago, IL 60602-1332
12650111     +Credit Protection Association,     PO Box 802068,    Dallas, TX 75380-2068
12650114     +Darien Grove Podiatry Center,     424 W 75th St,   Downers Grove, IL 60516-4454
12650115     +Darien Woodridge FPD,    PO BOX 1368,    Elmhurst, IL 60126-8368
12871964     +Davis Acquisitions Corp,    PO Box 1166,    Northbrook, IL 60065-1166
12650116      Dependon Collection Serv.,    PO Box 4983,    Oak Brook, IL 60522-4983
12650118     +Diversified Consultants, Inc,    PO Box 551268,    Jacksonville, FL 32255-1268
12650119      ENH Medical Group Specialty Practic,     23139 Network Place,    Chicago, IL 60673-1231
12650120     +ENH Radiology,    34618 Eagle Way,    Chicago, IL 60678-1346
12650121     +Evanston Fire Department,    P.O. Box 4157,   Carol Stream, IL 60122-0001
12650122      Evanston Northwestern Healthcare,     Dept 77-9730,    Chicago, IL 60678-9730
12650123     +FIA Card Services,    80 Holtz Dr,    Buffalo, NY 14225-1470
12650124     +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
12650125     +First Revenue Assurance,    PO Box 5818,    Denver, CO 80217-5818
12650128     +GJ Venture LLC,    Gregory Ellis,    2 E. 7TH ST.,    Hinsdale, IL 60521-4409
12650127     +Gc Services,    Attn: Bankruptcy,    6330 Gulfton,   Houston, TX 77081-1198
12650129     +Goodyear/cbusa Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12650130      Homecomings Financial,    P.O. Box 96127,    Fort Worth, TX 76161-0247
12650131     +Hydroxatone,    PO BOX 1366,   Hoboken, NJ 07030-1366
12650132     +ICS,    P.O. Box 646,   Oak Lawn, IL 60454-0646
12650133      JC Licht & Co.,    Dept. 4366,   Carol Stream, IL 60122-4366
12650134     +Kevin Peters,    407 S Dearborn #1735,    Chicago, IL 60605-1119
12650135     +LaSalle Bank,    4747 W Irving Park,    Chicago, IL 60641-2700
12650137     +Med Busi Bur,    Attn: Bankruptcy,    Po Box 1219,    Park Ridge, IL 60068-7219
12650138     +Midwest Diagnostic Pathology, SC,     75 Remittance Drive,    Suite 3070,   Chicago, IL 60675-3070
12650141     +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
12650142      Northstar Medical Center LTD,     4271 Paysphere Circle,    Chicago, IL 60674-4271
12650143      Palmer, Reifler & Associates, P.A.,     PO Box 607774,   Orlando, FL 32860-7774
12650144     +Peoples Choice Home Mortg.,    PO BOX 52678,    Irvine, CA 92619-2678
12650145     +Pierce & Associates,    One North Dearborn,    Suite 1300,   Chicago, IL 60602-4373
12650146     +Pinnacle Management Services, Inc.,     514 Market Loop, Suite 103,    Dundee, IL 60118-2181
12650147     +Richard J Nakon & Assoc.,    121 E Liberty St #3,    Wauconda, IL 60084-1959
16782585     +Richard J. Nakon & Associates,     121 E Liberty Street,    Wauconda, IL 60084-1959
12925366     +Richard J. Nakon & Associates,     121 East Liberty Street,    Wauconda, IL 60084-1959
12650148     #Rodale Books,    P.O. Box 7027,   Emmaus, PA 18098-0727
12650149     +Select Portfolio Svcin,    3815 South West Temple,    Salt Lake City, UT 84115-4412
12650151     +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1590
12650152     +The Law Offices of Palmer-House,     & Alexander PC,   270 S Atkinson Rd.,
               Grayslake, IL 60030-1653
12650153     +United Collect Bureau Inc.,    5620 Southwyck Blvd.,    Toledo, OH 43614-1501
12650157     +Woodridge Clinic SC,    Lilac Park Medical Center,    7530 Woodward Avenue, #A,
               Woodridge, IL 60517-3100
13022882      eCAST Settlement Corporation assignee of,     HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
12650136     +law offices of Michael Davis Weis,     PO BOX 1166,    Northbrook, IL 60065-1166

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12650095      E-mail/Text: gl7768@att.com Jun 13 2012 01:04:52     AT&T,    PO Box 8212,   Aurora, IL 60572-8212
12650093      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 13 2012 00:54:05     Asset Acceptance Corp,
               P.O. Box 2036,   Warren, MI 48090-2036
12891147     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 13 2012 00:54:05
               Asset Acceptance LLC / Assignee / Citibank,    Po Box 2036,    Warren MI 48090-2036
```

```
District/off: 0752-1          User: mmyers              Page 2 of 3             Date Rcvd: Jun 12, 2012
                              Form ID: pdf006           Total Noticed: 75

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12650109      E-mail/Text: legalcollections@comed.com Jun 13 2012 00:55:45     ComEd,   Bill Payment Center,
               Chicago, IL 60668-0001
12650110     +E-mail/Text: lbankruptcy@cookcountytreasurer.com Jun 13 2012 01:08:22      Cook County Collector,
               118 N. Clark Street, Room 112,   Legal Dept.,   Chicago, IL 60602-1332
12938561      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 13 2012 02:48:42
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
12650117     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 13 2012 02:48:42     Discover Financial,
               Attention:  Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
13488420      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2012 02:36:09
               FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
12650126     +E-mail/Text: bankruptcy@fmaalliance.com Jun 13 2012 00:54:00     FMA ALliance Ltd.,
               11811 N. Freeway Ste. 900,   Houston, TX 77060-3292
12650139      E-mail/Text: bankruptcydepartment@ncogroup.com Jun 13 2012 01:07:44     NCO Financial,
               PO Box 15391,   Wilmington, DE 19850-5391
12650140     +E-mail/Text: bankrup@nicor.com Jun 13 2012 00:52:32     Nicor Gas,
               Attention:  Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
12873642      E-mail/Text: resurgentbknotifications@resurgent.com Jun 13 2012 00:52:20
               PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
12650150      E-mail/Text: appebnmailbox@sprint.com Jun 13 2012 00:54:05     Sprint,   Customer Service,
               P.O. Box 152046,   Irving, TX 75015
12650154      E-mail/Text: bnc@ursi.com Jun 13 2012 01:05:06     United Recovery Systems,   PO Box 722910,
               Houston, TX 77272-2910
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16782594*    +Richard J Nakon & Associates,   121 E Liberty Street,   Wauconda, IL 60084-1959
12650100    ##+Cash Flow  Consultants, Inc,   P. O. Box 1527,   Bridgview, IL 60455-0527
12650107    ##Collection Masters LLC,   166 W Washington Ste 700,   Chicago, IL 60602-2300
12650112    ##Creditors Interchange,   P. O. Box 1335,   Buffalo, NY 14240-1335
12650155    ##+Van Ru Credit Corporation,   4415 S. Wendler Dr.,   Bldge B., Ste. 200,   Tempe, AZ 85282-6446
12650156    ##+Washington Mutual / Providian,   Attn: Bankruptcy Dept.,   Po Box 10467,
               Greenville, SC 29603-0467
                                                                                   TOTALS: 0, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2012**                          **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1          User: mmyers              Page 3 of 3                  Date Rcvd: Jun 12, 2012
                              Form ID: pdf006           Total Noticed: 75
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2012 at the address(es) listed below:

          Anna   Stanley    on behalf of Debtor Edward Comer akahriman@potestivolaw.com,
           bknotices@potestivolaw.com
          David A. Newby     on behalf of Cross Defendant Ayesha Hafeez dnewby@comananderson.com,
           kdavis@comananderson.com
          Gina B Krol    on behalf of Plaintiff Gina Krol, Trustee gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
           m
          James T Magee     on behalf of Creditor Richard Nakon bankruptcy@mageenegele.com
          Joseph E Cohen    on behalf of Plaintiff Gina Krol, Trustee jcohen@cohenandkrol.com,
           jcohenattorney@aol.com;jhazdra@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Paul M Bach    on behalf of Cross-Claimant Edward Comer paul@bachoffices.com,
           pnbach@bachoffices.com;BachECF@gmail.com
          Penelope N Bach     on behalf of Cross-Claimant Edward Comer pnbach@bachoffices.com,
           paul@bachoffices.com;bachecf@gmail.com
          Terrance S Leeders     on behalf of Debtor Edward Comer tleeders@leederslaw.com
          Yan   Teytelman    on behalf of Plaintiff Gina Krol, Trustee law_4321@yahoo.com,
           Billbusters@BestClientinc.com;BorgesLawOffice@gmail.com

                                                                                                                                              TOTAL: 11