# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
COMER, EDWARD D                     §      Case No. 08-25782
                                    §
          Debtor(s)                 §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/GINA B. KROL_____
                                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services PO Box 371967 Pittsburgh, PA 15250 | | | | | |
| | AT&T PO Box 8212 Aurora, IL 60572-8212 | | | | | |
| | Academy Collection Service 10965 Decatur Rd. Philadelphia, PA 19154-3210 | | | | | |
| | Advocate Good Samaritan Hospital 3815 Highland Ave. Downers Grove, IL 60515 | | | | | |
| | Allied Interstate 3000 Corporate Excahnge Dr. 5th Floor Columbus, OH 43231 | | | | | |
| | Apelles PO Box 1197 Westerville, OH 43086-1197 | | | | | |
| | Asset Acceptance Corp P.O. Box 2036 Warren, MI 48090-2036 | | | | | |
| | Associated Recovery Systems PO Box 469046 Escondido, CA 92046-9046 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Axiom Mortgage 531 Davis St Evanston, IL 60201 | | | | | |
| | BP Cardmember Services PO BOX 15325 Wilmington, DE 19886-5325 | | | | | |
| | Best Buy PO Box 1802 Dayton, OH 45401 | | | | | |
| | CST Co. CST BLDG PO Box 33127 Louisville, KY 40232-3127 | | | | | |
| | Cash Flow Consultants, Inc P. O. Box 1527 Bridgview, IL 60455-6321 | | | | | |
| | Chase Attn: Bankruptcy Dept Po Box 100018 Kennesaw, GA 30156 | | | | | |
| | City Collectors Office 2100 Ridge Ave Evanston, IL 60201 | | | | | |
| | City of Evanston Water Department PO BOX 4007 Carol Stream, IL 60197-4007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Evanston property standards 2100 Ridge Road Evanston, IL 60201 | | | | | |
| | Collection Masters LLC 166 W Washington Ste 700 Chicago, IL 60602-2300 | | | | | |
| | ComEd Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Comcast PO Box 3002 Southeastern, PA 19398 | | | | | |
| | Cook County Collector 118 N. Clark Street, Room 112 Legal Dept. Chicago, IL 60602 | | | | | |
| | Credit Protection Association PO Box 802068 Dallas, TX 75380 | | | | | |
| | Creditors Interchange P. O. Box 1335 Buffalo, NY 14240-1335 | | | | | |
| | Darien Grove Podiatry Center 424 W 75th St Downers Grove, IL 60516 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Darien Woodridge FPD PO BOX 1368 Elmhurst, IL 60126 | | | | | |
| | Dependon Collection Serv. PO Box 4983 Oak Brook, IL 60522-4983 | | | | | |
| | Diversified Consultants, Inc PO Box 551268 Jacksonville, FL 32255 | | | | | |
| | ENH Medical Group Specialty Practic 23139 Network Place Chicago, IL 60673-1231 | | | | | |
| | ENH Radiology 34618 Eagle Way Chicago, IL 60678 | | | | | |
| | Evanston Fire Department P.O. Box 4157 Carol Stream, IL 60122 | | | | | |
| | Evanston Northwestern Healthcare Dept 77-9730 Chicago, IL 60678-9730 | | | | | |
| | FMA ALliance Ltd. 11811 N. Freeway Ste. 900 Houston, TX 77060 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Premier Bank Po Box 5524 Sioux Falls, SD 57117 | | | | | |
| | First Revenue Assurance PO Box 5818 Denver, CO 80217 | | | | | |
| | GJ Venture LLC Gregory Ellis 2 E. 7TH ST. Hinsdale, IL 60521 | | | | | |
| | Gc Services Attn: Bankruptcy 6330 Gulfton Houston, TX 77081 | | | | | |
| | Goodyear/cbusa Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Homecomings Financial P.O. Box 96127 Fort Worth, TX 76161-0247 | | | | | |
| | Hydroxatone PO BOX 1366 Hoboken, NJ 07030 | | | | | |
| | ICS P.O. Box 646 Oak Lawn, IL 60454 | | | | | |
| | JC Licht & Co. Dept. 4366 Carol Stream, IL 60122-4366 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kevin Peters 407 S Dearborn #1735 Chicago, IL 60605 | | | | | |
| | LaSalle Bank 4747 W Irving Park Chicago, IL 60641-2708 | | | | | |
| | Med Busi Bur Attn: Bankruptcy Po Box 1219 Park Ridge, IL 60068 | | | | | |
| | Midwest Diagnostic Pathology, SC 75 Remittance Drive Suite 3070 Chicago, IL 60675 | | | | | |
| | NCO Financial PO Box 15391 Wilmington, DE 19850-5391 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | | | | |
| | Northland Group Inc. PO Box 390905 Minneapolis, MN 55439 | | | | | |
| | Northstar Medical Center LTD 4271 Paysphere Circle Chicago, IL 60674-4271 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palmer, Reifler & Associates, P.A. PO Box 607774 Orlando, FL 32860-7774 | | | | | |
| | Peoples Choice Home Mortg. PO BOX 52678 Irvine, CA 92619 | | | | | |
| | Pierce & Associates One North Dearborn Suite 1300 Chicago, IL 60602 | | | | | |
| | Pinnacle Management Services, Inc. 514 Market Loop, Suite 103 Dundee, IL 60118 | | | | | |
| | Rodale Books P.O. Box 7027 Emmaus, PA 18098-0727 | | | | | |
| | Select Portfolio Svcin 3815 South West Temple Salt Lake City, UT 84115 | | | | | |
| | Sprint Customer Service P.O. Box 152046 Irving, TX 75015 | | | | | |
| | The Bureaus Inc 1717 Central St Evanston, IL 60201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Law Offices of Palmer-House & Alexander PC 270 S Atkinson Rd. Grayslake, IL 60030 | | | | | |
| | United Collect Bureau Inc. 5620 Southwyck Blvd. Toledo, OH 43614 | | | | | |
| | United Recovery Systems PO Box 722910 Houston, TX 77272-2910 | | | | | |
| | Van Ru Credit Corporation 4415 S. Wendler Dr. Bldge B., Ste. 200 Tempe, AZ 85282 | | | | | |
| | Woodridge Clinic SC Lilac Park Medical Center 7530 Woodward Avenue, #A Woodridge, IL 60517 | | | | | |
| | law offices of Michael Davis Weis PO BOX 1166 Northbrook, IL 60065 | | | | | |
| 000003 | ASSET ACCEPTANCE LLC / ASSIGNEE / C | | | | | |
| 000009 | CAPITAL PORTFOLIO I LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DAVIS ACQUISITIONS CORP | | | | | |
| 000005 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 000006 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000002 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000010 | RICHARD J NAKON & ASSOCIATES | | | | | |
| 000004 | RICHARD J. NAKON & ASSOCIATES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 08-25782 Doc 73 Filed 09/20/12 Entered 09/20/12 10:53:30 Desc Main
Document Page 14 of 17

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 08-25782 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL | Exhibit 8 |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | COMER, EDWARD D | | | Date Filed (f) or Converted (c): | 09/26/08 (f) | |
| | | | | 341(a) Meeting Date: | 10/22/08 | |
| For Period Ending: 08/23/12 | | | | Claims Bar Date: | 02/12/09 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Miscellaneous Household Goods | 500.00 | 0.00 | DA | 0.00 | FA |
| 2. Miscellaneous books, cd's, videos | 200.00 | 0.00 | DA | 0.00 | FA |
| 3. Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 4. Miscellaneous costume jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. Hunting rifle | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. Term Life Insurance, no cash surrender value | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. IRA Account | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Accounts receivable for self employed business | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. Automobile, 2001 GMC Sierra, 137,000 miles Jointly | 3,837.50 | 0.00 | DA | 0.00 | FA |
| 10. 5 birds | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. INHERITANCE (u) | Unknown | 0.00 | | 66,660.11 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.55 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $12,837.50  $0.00  $66,662.66  $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled adversary proceeding to collect inheritance. Probate estate administrator has sold off real estate in
Tennessee and will distribute funds to Trustee to enable a distribution to creditors.

Initial Projected Date of Final Report (TFR): 12/31/09      Current Projected Date of Final Report (TFR): 12/31/12

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

LFORM1                                                                                                                                Ver: 16.06d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 08-25782 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | COMER, EDWARD D | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4221 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5578 | | | |
| For Period Ending: | 08/23/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/27/12 | 11 | Dickson Title, LLC<br>10200 Ramsey Way<br>Dickson, TN  37055 | | 1229-000 | 66,660.11 | | 66,660.11 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.56 | | 66,660.67 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.55 | | 66,661.22 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 0.56 | | 66,661.78 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 0.54 | | 66,662.32 |
| 07/19/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-002 | 0.34 | | 66,662.66 |
| 07/19/12 | | Transfer to Acct #*******4425 | Final Posting Transfer | 9999-000 | | 66,662.66 | 0.00 |
| | | | COLUMN TOTALS | | 66,662.66 | 66,662.66 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 66,662.66 | |
| | | | Subtotal | | 66,662.66 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 66,662.66 | 0.00 | |

Page Subtotals        66,662.66        66,662.66

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Ver: 16.06d

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-25782 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | COMER, EDWARD D | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4425 BofA - Checking Account |
| Taxpayer ID No: | *******5578 | | |
| For Period Ending: | 08/23/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/19/12 | | Transfer from Acct #*******4221 | Transfer In From MMA Account | 9999-000 | 66,662.66 | | 66,662.66 |
| 07/19/12 | 003001 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorney's fees per court order | 3110-000 | | 6,903.17 | 59,759.49 |
| 07/19/12 | 003002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorney's expenses per court orde | 3120-000 | | 389.80 | 59,369.69 |
| 07/19/12 | 003003 | Gina B. Krol | Attorney's fees per court order | 3110-000 | | 3,451.58 | 55,918.11 |
| 07/19/12 | 003004 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 6,583.06 | 49,335.05 |
| 07/19/12 | 003005 | Davis Acquisitions Corp<br>PO Box 1166<br>Northbrook, IL 60065 | Claim 000001, Payment 98.35521% | 7100-900 | | 3,089.16 | 46,245.89 |
| 07/19/12 | 003006 | PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000002, Payment 98.35513% | 7100-900 | | 1,041.63 | 45,204.26 |
| 07/19/12 | 003007 | Asset Acceptance LLC / Assignee / Citibank<br>Po Box 2036<br>Warren MI 48090 | Claim 000003, Payment 98.35520% | 7100-900 | | 9,430.08 | 35,774.18 |
| 07/19/12 | 003008 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000005, Payment 98.35508% | 7100-900 | | 8,683.17 | 27,091.01 |
| 07/19/12 | 003009 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000006, Payment 98.35455%<br>(6-1) Credit Card Debt | 7100-900 | | 496.72 | 26,594.29 |
| 07/19/12 | 003010 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS | Claim 000007, Payment 98.35513% | 7100-900 | | 14,389.09 | 12,205.20 |

Page Subtotals 66,662.66 54,457.46

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-25782 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | COMER, EDWARD D | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | ********4425 BofA - Checking Account |
| Taxpayer ID No: | ********5578 | | | |
| For Period Ending: | 08/23/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/19/12 | 003011 | AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS<br>AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000008, Payment 98.35518% | 7100-900 | | 7,047.06 | 5,158.14 |
| 07/19/12 | 003012 | Richard J Nakon & Associates<br>121 E Liberty Street<br>Wauconda, IL 60084 | Claim 000010, Payment 98.35520%<br>(10-1) Attorneys Fees | 7100-900 | | 5,158.14 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 66,662.66 | 66,662.66 | 0.00 |
| Less: Bank Transfers/CD's | 66,662.66 | 0.00 | |
| Subtotal | 0.00 | 66,662.66 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 66,662.66 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********4221 | 66,662.66 | 0.00 | 0.00 |
| BofA - Checking Account - ********4425 | 0.00 | 66,662.66 | 0.00 |
| | 66,662.66 | 66,662.66 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ GINA B. KROL   Date: 08/23/12
                    GINA B. KROL

Page Subtotals   0.00   12,205.20